Form:7perfin

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16–51384–mbm
Chapter: 7

In Re: (NAME OF DEBTOR(S))
    Oliver James Bailey
    20531 Lennane
    Redford, MI 48240

Social Security No.:
    xxx–xx–7208

Employer's Tax I.D. No.:

**NOTICE OF REQUIREMENT TO FILE A CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE**

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge. Pursuant to Rule 1007(b)(7) of the Federal Rules of Bankruptcy Procedure, the debtor(s) must complete and file a **Certification About a Financial Management Course (Official Form 423)*** as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that **Official Form 423** must be filed before a discharge can be entered. Debtor(s) and/or debtor(s)' attorney is/are hereby notified that in a chapter 7 case the debtor(s) must file **Official Form 423** within 60 days after the first date set for the meeting of creditors under § 341 of the Code.

**Failure to file the certification will result in the case being closed without an entry of discharge.** If the debtor(s) subsequently file(s) a Motion to Reopen the Case to allow for the filing of the **Official Form 423**, the debtor(s) must pay the full reopening fee due for filing the motion.

Dated: 10/3/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

* NOTE: The court will accept Official Form 423 (Certification About a Financial Management Course) or the Personal Financial Management Certificate provided by an approved course provider to satisfy the requirement under Federal Rules of Bankruptcy Procedure 1007(b)(7).

```
                              United States Bankruptcy Court
                               Eastern District of Michigan
In re:                                                              Case No. 16-51384-mbm
Oliver James Bailey                                                 Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0645-2           User: admin              Page 1 of 1               Date Rcvd: Oct 03, 2016
                               Form ID: 7perfin         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2016.
db            +Oliver James Bailey,    20531 Lennane,    Redford, MI 48240-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2016 at the address(es) listed below:
              John Robert Keyes    on behalf of Debtor Oliver James Bailey ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com
              Mark H. Shapiro    shapiro@steinbergshapiro.com,
               harmon@steinbergshapiro.com;mhs@trustesolutions.com;MHS@trustesolutions.net;mi29@ecfcbis.com;jbrown@steinbergshapiro.com
                                                                                             TOTAL: 2