# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
### Southern Division

In the Matter of:

Oliver James Bailey           Bankruptcy No: 16-51384 - MBM
                                         Chapter 7
_____Debtor(s)

## ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of $ 335.00**  as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

This is to notify you that a hearing will be held on November 29, 2016 at 9:00 AM before the Honorable Marci B. Mc Ivor in Room 1875,  211 W. Fort St,  Detroit,  Michigan 48226,  to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 707 (a)(2).

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date.  Notice must be given to the courtroom deputy that the fee has been paid.  **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

**\*\*NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.**

Signed on November 03, 2016

                                               /s/ Marci B. McIvor
                                               Marci B. McIvor
                                               United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 16-51384-mbm
Oliver James Bailey                                                 Chapter 7
         Debtor                   CERTIFICATE OF NOTICE
```

District/off: 0645-2       User: kmagg         Page 1 of 1            Date Rcvd: Nov 03, 2016
                           Form ID: pdf01      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
db             +Oliver James Bailey,    20531 Lennane,    Redford, MI 48240-1060

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
              John Robert Keyes    on behalf of Debtor Oliver James Bailey ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com
              Mark H. Shapiro    shapiro@steinbergshapiro.com,
               harmon@steinbergshapiro.com;mhs@trustesolutions.com;MHS@trustesolutions.net;mi29@ecfcbis.com;jbro
               wn@steinbergshapiro.com
                                                                                             TOTAL: 2